Mark S. Lee, Esq. (SB# 88706)
**NELSON, PERLOV & LEE**
339 So. San Antonio Road
Los Altos, CA 94022
Telephone (650) 941-6161
Facsimile  (650) 949-0695

*Attorneys for Defendant*
**O.C. JONES & SONS, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JON BUCHWALD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN TRANSPORTATION COMMISSION, *et al.*,<br><br>　　　　Defendants. | Case No. C 04 01833 SC ARB E-filing<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)**<br><br>　　ORDER<br><br>**Hon. Samuel Conti** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their undersigned counsel, that pursuant to Fed. R. Civ.P. 41(a), the above-entitled action is dismissed with prejudice.

Dated: August 26, 2005

**NELSON, PERLOV & LEE**

By: _____
**MARK S. LEE**
*Attorneys for Defendant*
O.C. JONES & SONS, INC.

/ / / /

/ / / /

| | |
|---|---|
| 1  Dated: 8/30/05 | O'REILLY, COLLINS & DANKO |
| 2 | |
| 3 | By: /s/ Stephen Purtill |
| 4 | STEPHEN PURTILL<br>*Attorneys for Plaintiff*<br>JON BUCHWALD |
| 5 | |
| 6  Dated: _____ | LEWIS, BRISBOIS, BISGAARD AND SMITH LLP |
| 7 | |
| 8 | By: _____ |
| 9 | PHILLIP HWEE<br>*Attorneys for Defendant*<br>EXPLORE GENERAL, INC. |
| 10 | |
| 11 | |
| 12  Dated: _____ | UNITED STATES |
| 13 | |
| 14 | By: _____<br>STEVEN J. SALTIEL |
| 15 | *Attorneys for Defendant*<br>UNITED STATES |

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
HON. SAMUEL CONTI
United States District Judge

STIPULATION OF DISMISSAL
Case No. C 04 01833 SC ARB E-filing                                 pg. 2

| | |
|---|---|
| 1   Dated: _____ | O'REILLY, COLLINS & DANKO |
| 2 | |
| 3 | By: _____<br>STEPHEN PURTILL |
| 4 | *Attorneys for Plaintiff*<br>JON BUCHWALD |
| 5 | |
| 6   Dated: 8/29/05 | LEWIS, BRISBOIS, BISGAARD AND SMITH LLP |
| 7 | |
| 8 | By: _____ |
| 9 | PHILLIP HWEE<br>*Attorneys for Defendant* |
| 10 | EXPLORE GENERAL, INC. |
| 11 | |
| 12   Dated: 8/30/05 | UNITED STATES |
| 13 | |
| 14 | By: _____<br>STEVEN J. SALTIEL |
| 15 | *Attorneys for Defendant*<br>UNITED STATES |

**ORDER**

IT IS SO ORDERED.

Dated: September 1, 2005

_____
HON. [signature: Samuel Conti]
United [States District Judge]

*Judge Samuel Conti*

C:\Documents and Settings\hwee\Local Settings\Temp\order of dismissal 8-26-05.DOC **STIPULATION OF DISMISSAL**
Case No. C 04 01833 SC ARB E-filing

pg. 2